COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-212-CV

NO. 2-06-304-CV

COMANCHE PEAK RANCH, LLC
 
APPELLANT

V.

REPUBLIC PARTNERS III, LLC, REPUBLIC 
APPELLEES

ENERGY, 
INC., BURLINGTON RESOURCES 

OIL & GAS CO., LP, BROG, GP, INC., 

(GENERAL PARTNER OF BURLINGTON 

RESOURCES OIL & GAS CO., LP),COURTS 

K. CLEVELAND, JR. AND SARAH D. 

CLEVELAND
 

 
 

----------

FROM THE 355
TH
 COURT OF HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Agreed Motion To Dismiss Consolidated Appeals.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeals.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  CAYCE, C.J.; WALKER and MCCOY, JJ.  

DELIVERED:  January 11, 2007  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.